# United States Court of Appeals
### For the Eighth Circuit
_____

No. 18-3219
_____

In re: Darryl Allen

*Debtor*

------------------------------

Beverly Holmes-Diltz

*Appellant*

v.

David A. Sosne; Darryl Allen

*Appellee*s

Office of *U.S. Trustee*

*U.S. Trustee*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: July 2, 2019
Filed: July 3, 2019
[Unpublished]
_____

Before COLLOTON, ERICKSON, and STRAS, Circuit Judges.
_____

PER CURIAM.

Beverly Holmes-Diltz appeals the district court's[1] dismissal of her interlocutory appeal from certain bankruptcy court orders, and requests mandamus relief. Upon careful review, we find that we lack jurisdiction to hear her appeal, as there has been no final judgment in the underlying bankruptcy case. See 28 U.S.C. § 158(d)(1) (courts of appeals have jurisdiction of appeals from final judgments and orders entered by district court hearing appeal from final judgment or order of bankruptcy court); In re Popkin & Stern, 105 F.3d 1248, 1250 (8th Cir. 1997) (district court's order is not final unless underlying bankruptcy court order is final). We also deny the mandamus request, as Holmes-Diltz has not shown that she is clearly entitled to this extraordinary relief. See In re Borowiak IGA Foodliner, Inc., 879 F.3d 848, 849-50 (8th Cir. 2018) (per curiam) (writ of mandamus is extraordinary relief requiring that petitioner's right to writ is clear and indisputable).

The appeal is dismissed for lack of jurisdiction, and the mandamus request is denied.

_____

---

[1]The Honorable Ronnie L. White, United States District Judge for the Eastern District of Missouri.